UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GLENN SMITH,

    Plaintiff,

v.     Case No. 8:12-CV-52-T-30AEP

KATHY CONNER, et. al.,

    Defendants.
_____/

**ORDER**

Before the Court is Plaintiff's "Motion for Sanctions Against Defendant Warden Donald Leavins" (motion) (Dkt. 103) in which Plaintiff requests the Court sanction Leavins "for violating Plaintiff's right of access to the court in this case." (Id. at p. 1). Plaintiff alleges that Leavins is "responsible for the continuing deprivation of Plaintiff's legal materials and access to institutional law library services. . . ." (Id. at p. 3). Specifically, Plaintiff states that he has been denied "legal materials in his property that. . .[he] should have been allowed to possess in confinement" and "needed law library services. . . ." (Id. at p. 1).

Initially, Plaintiff has not provided the Court with a copy of an administrative grievance in which he requested his legal materials and access to library services, and the response thereto. Moreover, Plaintiff's assertions are vague. He does not specify what legal materials and library services he has been denied. To the extent he asserts that his "summary

judgment motion has not been picked up for copying" (Id. at p. 2), Plaintiff has not shown that he has been denied access to the courts because the summary judgment deadline was extended to November 18, 2013 (see Dkt. 101).  Finally, Plaintiff has not alleged or shown that Leavins has interfered in any way with his interlibrary loan requests (see Dkt. 1 at p. 2).

In sum, Plaintiff has failed to establish at this time that he has suffered any actual injury based on the denial of legal materials or library services, or that the presentation of his case has been impeded because of Leavins' actions.[1]

ACCORDINGLY, the Court **ORDERS** that Plaintiff's motion (Dkt. 103) is **DENIED** without prejudice.

**DONE** and **ORDERED** in Tampa, Florida on October 29, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copies to: Plaintiff *pro se*
           Counsel of Record

---

[1] To date, Plaintiff's filings dispel his claims that he has suffered irreparable injury from the alleged denial of legal materials and library services.