# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GLENN SMITH,

    Plaintiff,

v.                                             Case No. 8:12-CV-52-T-30AEP

KATHY CONNER, et. al.,

    Defendants.
_____/

## ORDER

Before the Court is Defendants' Motion for Enlargement of Time (Dkt. 106). Defendants move the Court "for an order enlarging the time by an additional twenty-one (21) days in which to provide Plaintiff with an opportunity to review all medical grievances filed at Hardee Correctional Institution during 2011 which pertain to cold weather or wet weather clothing, or inadequate bedding, making compliance due on or before November 22, 2013." (Id. at p. 3). Defendants' further "request that Plaintiff be provided with seventeen (17) days from the date the Defendants are required to comply with the Court's order to file a Motion for Summary Judgment. . . ." (Id. at p. 2).

Defendants were not directed to "provide Plaintiff with an opportunity to review all medical grievances filed at Hardee Correctional Institution during 2011 which pertain to cold weather or wet weather clothing, or inadequate bedding." Rather, the Court directed that formal grievances of a medical nature were to be viewed only by defense counsel, and

counsel thereafter provide Plaintiff with "the names, inmate numbers, and present addresses (if currently incarcerated) of the inmates (if any) who filed formal grievances of a medical nature that contained issues with adequate cold or wet weather clothing or cold weather bedding." (Dkt. 101 at pp. 5-6). Nevertheless, in light of counsel's current workload and wedding plans, the request for an enlargement will be granted.

Upon consideration, the Court **ORDERS** that Defendants' Motion for Enlargement of Time (Dkt. 106) is **GRANTED**. On or before **November 22, 2013**, Defendants shall provide Plaintiff with the names, inmate numbers, and present addresses (if currently incarcerated) of the inmates (if any) who filed formal grievances of a medical nature that contained issues with adequate cold or wet weather clothing or cold weather bedding. Plaintiff's deadline for filing a motion for summary judgement is extended to **December 6, 2013**.

**DONE** and **ORDERED** in Tampa, Florida on November 1, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copies to: Plaintiff *pro se*
Counsel of Record