**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

GLENN SMITH,

    Plaintiff,

v.                                                     Case No. 8:12-CV-52-T-30AEP

KATHY CONNER, et. al.,

    Defendants.
_____/

**ORDER**

    Before the Court is Plaintiff's Motion for Emergency Assistance (Dkt. 117) in which Plaintiff alleges that he has been placed in an administrative confinement cell[1] that has a window that will not close, and no heat or cold water, and prison officials have "withheld" his "case file" pertaining to this action. As a result, Plaintiff asserts that he "cannot meet any current deadline in this case." As relief, Plaintiff requests an order directing Defendants to: 1) provide him with his legal materials; 2) access to his legal materials stored in the prison's law library; 3) access to law library services at least every other day; 4) additional storage space for his legal material in his confinement cell; and 5) a cell that is heated, has plumbing that works, and has a window that closes. Plaintiff also asks the Court request an attorney to represent him in this case.

---

[1] Plaintiff alleges that he was placed in confinement because he received three false disciplinary charges.

Upon consideration, the Court **ORDERS** that Plaintiff's Motion for Emergency Assistance (Dkt. 117) is **GRANTED** solely to the extent that he be allowed access to his legal materials, law library services, and storage space pursuant to the rules at Hardee Correctional Institution. The motion is otherwise **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on December 12, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copies to: Plaintiff *pro se*
            Counsel of Record